UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES                                    CRIMINAL ACTION

VERSUS                                                        NO. 16-91

VANTRELL TOOMER                                   SECTION "R"

## ORDER AND REASONS

Before the Court is defendant's unopposed motion for early termination of supervised release.[1]  For the following reasons, the Court grants the motion.

## I.     BACKGROUND

On January 18, 2017, Vantrell Toomer pleaded guilty to one count of possession with intent to distribute 100 grams or more of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B).[2]  On April 12, 2017, Judge Kurt D. Engelhardt sentenced Toomer to serve 60 months in the custody of the Federal Bureau of Prisons, to be followed by a five-year term of supervised

---

[1]     R. Doc. 232.
[2]     R. Doc. 139.

release.[3]  The case was reassigned to Section R of this Court on June 26, 2018.[4]

Toomer completed his prison sentence on September 19, 2019.[5] Toomer has now completed over three and a half years of his five-year term of supervised release.  Toomer now moves for early termination of his term of supervised release.[6]  The United States does not oppose the motion.

The Court considers the motion below.

## II.   LEGAL STANDARD

Under 18 U.S.C. § 3583(e)(1), the Court may "terminate a term of supervised release and discharge the defendant . . . any time after the expiration of one year of supervised release" after considering enumerated factors set out in 18 U.S.C. § 3553(a).  Among the factors a court must weigh are the nature of the offense, the history and characteristics of the defendant, the need for the sentence to deter criminal activity, the need to protect the public, the need to provide the defendant with educational or vocational training, the kinds of sentences and sentencing ranges available, and the

---

[3]   *Id.* at 2-3.
[4]   R. Doc. 185.
[5]   *See* Federal Bureau of Prisons, *Find an Inmate,* https://www.bop.gov/inmateloc/ (last visited May 1, 2023).
[6]   R. Doc. 232.

need to avoid unwarranted sentencing disparities among similarly situated defendants.  *See* 18 U.S.C. § 3553(a).  The Court may grant early termination "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).  The Court has broad discretion in determining whether to terminate supervised release.  *See United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998).

## III.  DISCUSSION

The Court finds that the § 3553(a) factors weigh in favor of terminating Toomer's supervised release.  Specifically, the history and characteristics of the defendant weigh in favor of early termination.  *See* 18 U.S.C. § 3553(a)(1).  Toomer completed his prison term without incident and was released from prison approximately twenty months early.[7]  He has also complied with all of the terms of his supervision and maintained consistent employment while serving the first three and a half years of his five-year term of supervised release.[8]  There is no indication that Toomer currently poses a risk to the public.  Further, the presentence investigation report ("PSR") reflects that Toomer did not act in a managerial capacity with respect to the criminal

---

[7]   *See* Federal Bureau of Prisons, *Find an Inmate,*
      https://www.bop.gov/inmateloc/ (last visited May 1, 2023).

[8]   R. Doc. 232 at 1-2.

conspiracy or exercise decision-making authority over the other defendants.[9] Nor did Toomer receive a greater share of the profits or plan "anything beyond simple drug transactions."[10]   Finally, Toomer's probation officer supports the early termination of his supervised release, and the United States does not oppose the defendant's motion.[11]

Having considered the relevant § 3553(a) factors, the Court finds that terminating Toomer's supervised release is warranted by his conduct and serves the interest of justice.   18 U.S.C. § 3583(e)(1).   The Court therefore grants Toomer's motion.

## IV.   CONCLUSION

For the foregoing reasons, the Court GRANTS defendant's unopposed motion for early termination of supervised release.

New Orleans, Louisiana, this ___1st___ day of May, 2023.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[9]      R. Doc. 126 at 11.
[10]     *Id.*
[11]     R. Doc. 232 at 1-2.